BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-F-13-00127 AWI |
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER<br>) CONFIRMING CONDITION OF PRETRIAL<br>) RELEASE |
| JEFFREY JORDAN, | ) |
| Defendant. | ) |

The parties have agreed that the order setting the conditions of the defendant's pretrial release should specifically reference passive GPS monitoring, since the court stated that this type of electronic monitoring would be appropriate for this case.  Accordingly, at the suggestion of the

1

1  Pretrial Services office, the parties request that the court
2  issue the attached proposed order.
3  
Dated:    April 19, 2013            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ David  Gappa
By:  DAVID L. GAPPA
     Assistant U.S. Attorney

/s/ Katherine Hart
KATHERINE HART
Counsel for Jeffrey Jordan

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-F-13-00127 AWI |
| Plaintiff, | ) [PROPOSED] ORDER ON |
| | ) STIPULATION TO RESCHEDULE |
| v. | ) FILING DEADLINES AND DATES FOR |
| | ) HEARING ON MOTIONS AS WELL AS |
| | ) TRIAL DATE |
| JEFFREY JORDAN, | ) |
| Defendant. | ) |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on April 19, 2013, the court orders that the defendant shall participate in the CURFEW component of the remote location monitoring program and abide by all the requirements of the program which will include passive GPS monitoring. The defendant shall pay all or part of the costs of the program based upon ability to pay as determined by the Pretrial Services Officer. The defendant is restricted to his residence every day from 9:00 pm to 5:00 am, or as directed by the Pretrial Services Officer.

IT IS SO ORDERED.

Date:     April ___, 2013           _____
                                    Honorable Barbara A. McAuliffe
                                    United States Magistrate Judge