```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
    the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-13-00127 AWI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONFIRMING CONDITION OF PRETRIAL RELEASE |
| JEFFREY JORDAN, | |
| Defendant. | |

The parties have agreed that the order setting the conditions of the defendant's pretrial release should specifically reference passive GPS monitoring, since the court stated that this type of electronic monitoring would be appropriate for this case. Accordingly, at the suggestion of the

1

Pretrial Services office, the parties request that the court issue the attached proposed order.

Dated:    April 19, 2013                 Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ David  Gappa
                                    By:  DAVID L. GAPPA
                                                 Assistant U.S. Attorney

                                                 /s/ Katherine Hart
                                                 KATHERINE HART
                                                 Counsel for Jeffrey Jordan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>                                    )<br>JEFFREY JORDAN,                     )<br>                                    )<br>                                    )<br>            Defendant.              )<br>_____) | 1:13-cr-00127 AWI-BAM<br><br>ORDER ON<br>STIPULATION REGARDING<br>PRETRIAL RELEASE CONDITION |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on April 19, 2013, the court orders that the defendant shall participate in the CURFEW component of the remote location monitoring program and abide by all the requirements of the program which will include passive GPS monitoring. The defendant shall pay all or part of the costs of the program based upon ability to pay as determined by the Pretrial Services Officer. The defendant is restricted to his residence every day from 9:00 pm to 5:00 am, or as directed by the Pretrial Services Officer.

IT IS SO ORDERED.

Dated:   April 19, 2013              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

3